The People of the State of New York, Respondent, *v.* Randolph Neuman, Appellant.

(Submitted November 21, 1932; decided November 22, 1932.)

*Thomas C. T. Crain,* District Attorney *(Felix C. Benvenga* of counsel), for motion.

*Alexander Pfeiffer* opposed.

Motion granted and appeal dismissed unless appeal is brought on for argument on third Monday of the present session, in which event the motion is denied.